**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7679**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

SPENCER BOWENS, a/k/a Scooter, a/k/a Clyde, a/k/a Melvin
McCurdy, a/k/a Doc Johnson,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge. (3:98-cr-00110-REP-1)

Submitted:  February 10, 2011      Decided:  February 23, 2011

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Spencer Bowens, Appellant Pro Se.  David Novak, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bowens appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bowens</u>, No. 3:98-cr-00110-REP-1 (E.D. Va. Nov. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>